IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 6:26 cr 24 |
| | ) | 18 U.S.C. § 371 |
| | ) | 18 U.S.C. § 981(a)(1)(C) |
| vs. | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| | ) | |
| DONQUARIUS M. DIXON | ) | INDICTMENT |
| LEE GARNETT HOLLAND | ) | |

## COUNT 1

THE GRAND JURY CHARGES:

1. That beginning at a date unknown to the Grand Jury but from at least in or about March 11, 2025, and continuing thereafter up and to the date of this Indictment, the exact dates being unknown to the Grand Jury, in the District of South Carolina and elsewhere, the defendants, DONQUARIUS M. DIXON, LEE GARNETT HOLLAND, and others known and unknown to the Grand Jury, knowingly and willfully did combine, conspire, confederate, agree and have a tacit understanding with each other, to knowingly steal mail and possess stolen mail; and to knowingly make, utter, and possess forged securities of organizations that do business in and affecting interstate commerce, with the intent to deceive another person and organization, in violation of Title 18, United States Code, Sections 1708 & 513.

### Manner and Means

2. It was part of the conspiracy that DONQUARIUS M. DIXON obtained a stolen and altered check and deposited into a bank account belonging to LEE GARNETT HOLLAND.

3. It was further part of the conspiracy that DONQUARIUS M. DIXON, LEE GARNETT HOLLAND, and others withdrew funds from the account containing the stolen funds.

JAN 13 2026 PM 1:48
USDC GREENVILLE SC

4.     It was further part of the conspiracy that the defendants stole over $31,000 from the victim before the fraudulent activity was discovered.

## Overt Acts

5.     In furtherance of the conspiracy and to effect the objects thereof, the following overt acts, among others, were committed in the District of South Carolina:

   a.     On or about March 24, 2025, LEE GARNETT HOLLAND withdrew $4500 in stolen funds in Simpsonville, South Carolina.

   b.     On or about March 24, 2025, LEE GARNETT HOLLAND withdrew $4500 in stolen funds in Mauldin, South Carolina.

All in violation of Title 18, United States Code, Section 371.

## FORFEITURE

CONSPIRACY:

As a result of the foregoing violation of 18 U.S.C. § 371, as charged in this Indictment, upon conviction, Defendants, DONQUARIUS M. DIXON, LEE GARNETT HOLLAND, shall forfeit to the United States any property, real or personal, constituting, derived from or traceable to proceeds the Defendant obtained directly or indirectly as a result of such offenses.

PROPERTY:

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), the property which is subject to forfeiture upon conviction of Defendants for the violations charged in this Indictment includes, but is not limited to, the following:

Proceeds/Forfeiture Judgment:

A sum of money equal to all proceeds the Defendants obtained, directly or indirectly, from the offenses charged in this Indictment, and all interest and proceeds traceable thereto, and/or such sum that equals all property derived from or traceable to their violation of 18 U.S.C. § 371.

SUBSTITUTE ASSETS:

If any of the property described above, as a result of any act or omission of a Defendant-

(1) cannot be located upon the exercise of due diligence;
(2) has been transferred or sold to, or deposited with, a third party;
(3) has been placed beyond the jurisdiction of the court;
(4) has been substantially diminished in value; or
(5) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) to seek forfeiture of any other property of the said Defendants up to the value of the forfeitable property described above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

A ___TRUE___ Bill

REDACTED

FOREPERSON

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By:_____
William J. Watkins, Jr. (Fed. ID # 07863)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.:  864-282-2100
Fax:   864-233-3158
Email: bill.watkins@usdoj.gov

4